No. 58. SOMERVILLE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Charles A. Bellows* for petitioner. *John J. Stamos* and *Joel M. Flaum* for respondent.

No. 59. SOMERVILLE ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Charles A. Bellows* for petitioners. *John J. Stamos* and *Joel M. Flaum* for respondent.

No. 70. PARRISH *v.* UNITED STATES; and

No. 72. PARZOW *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Walter E. Rogers* for petitioner in No. 70, and *Raymond W. Bergan* and *Thomas R. Dyson, Jr.,* for petitioner in No. 72. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States in both cases.

No. 66. ALVAREZ *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Melvin L. Wulf* and *Anthony G. Amsterdam* for petitioner. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Ralph H. Gillan,* Assistant Attorney General, for respondent.